**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-7506 |
| Plaintiff - Appellee, | D.C. No. 2:23-cr-00212-SPL-1 |
| v. | |
| HERIBERTO LOPEZ-LANDEROS, AKA Heriberto Landeros-Lopez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted January 22, 2026**

Before: WARDLAW, CLIFTON, and R. NELSON, Circuit Judges.

Heriberto Lopez-Landeros appeals from the district court's judgment and

challenges his guilty-plea conviction and 168-month sentence for possession with

intent to distribute 50 grams or more of a mixture or substance containing

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

methamphetamine in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii).

Lopez-Landeros's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Lopez-Landeros has not filed a pro se supplemental brief.

In the plea agreement, Lopez-Landeros waived his right to appeal his conviction and sentence.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**